UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAMIC SOFTWARE SOLUTIONS, | No. C-13-04217 DMR |
| Plaintiff(s), | |
| v. | **ORDER REQUIRING DEFENDANT TO FILE SEPARATE CASE MANAGEMENT STATEMENT** |
| CYBERBEST TECHNOLOGY INC, | |
| Defendant(s). | |

Plaintiff has submitted an ex parte case management statement. [Docket No. 24.] In that statement, Plaintiff notes that Defendant's counsel declined to meet and confer regarding the drafting of a *joint* case management statement process, and is not certain that she will attend the case management conference scheduled for April 30, 2014, due to concerns about her client being deemed to have submitted to personal jurisdiction.

Defense counsel is ordered to file an ex parte case management statement by **5:00 p.m. April 25, 2014**, and to attend the case management conference scheduled for April 30, 2014. Defense counsel may indicate in the statement and on the record at the hearing that through such actions, Defendant does not concede personal jurisdiction.

IT IS SO ORDERED.

Dated: April 24, 2014

DONNA M. RYU
United States Magistrate Judge